UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHERINE GRILLO and CHRISTIAN REID, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC; RCN TELECOM SERVICES OF MASSACHUSETTS, LLC; RCN TELECOM SERVICES (LEHIGH), LLC; and PATRIOT MEDIA CONSULTING, LLC;<br><br>Defendants. | 3:20 Civ. 8609 (GC) (TJB)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims asserted in this action are hereby dismissed with prejudice, with each party to bear his, her or its own costs.

| | |
|---|---|
| DeNITTIS OSEFCHEN PRINCE, P.C.<br>525 Route 73 North, Suite 410<br>Marlton, New Jersey 08053<br>(856) 797-9951<br><br>Attorneys for Plaintiffs<br><br>By: */s/ Stephen P. DeNittis*<br>    STEPHEN P. DeNITTIS<br><br>Date:  March 14, 2023 | GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>(973) 360-7900<br><br>Attorneys for Defendants<br><br>By: */s/ David E. Sellinger*<br>    DAVID E. SELLINGER<br><br>Date:  March 14, 2023 |

Date: 3/14/2023

s/Georgette Castner

*United States District Judge*